

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
08/24/2009

In Re: § Case No. **05-32866-H3-13**
§
§
**Ronald A House &** §
**Leigh Ann House** § #67
§
Debtor(s). §

### Order for Payment of Unclaimed Funds

Upon the application of __Ronald & Leigh Ann House__,

seeking payment of $ __3,536.45__ representing funds previously unclaimed by

__Ronald & Leigh ann House__
__331 14th Ave North__
__Texas City, TX 77590-6232__

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that __Ronald & Leigh Ann House__ is entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $ __3,536.45__ to:

__Ronald & Leigh Ann House__
__3501 25th Ave North #268__
__Texas City, TX 77590__

Signed this ___ day of _____, _____.

**DENIED WITHOUT PREJUDICE**
c/s U.S.T
& U.S. atty
unsigned

_____
United States Bankruptcy Judge

AUG 2 4 2009