

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
11/02/2009

In Re: § Case No. 05-32866
§
§
§
§ #76
Debtor(s). §

### Order for Payment of Unclaimed Funds

Upon the application of **Ronald Alan House & Leigh Henderson House** seeking payment of $ **3536.45** representing funds previously unclaimed by

**Ronald Alan House**
**Leigh Henderson House**

a creditor or debtor in the above-entitled case, and it appearing from the application and supporting documentation that **Ronald Alan House & Leigh Henderson House** is entitled to the unclaimed funds, it is

Ordered that the Clerk pay $ **3536.45** to:

**Ronald Alan House**
**Leigh Henderson House**
**3501 25th Ave N. #268**
**Texas City, TX 77590**

Signed this ___ day of _____, _____.

**DENIED WITHOUT PREJUDICE**
cert. of service
missing.

_____
United States Bankruptcy Judge

NOV 0 2 2009