

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
11/02/2009

In Re:

§
§
§
§
§
§

Case No. 05-32866

#76

Debtor(s).

### Order for Payment of Unclaimed Funds

Upon the application of _Ronald Alan House & Leigh Henderson House_

seeking payment of $ _3536.45_ representing funds previously unclaimed by

_Ronald Alan House_
_Leigh Henderson House_

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that _Ronald Alan House & Leigh Henderson House_ is entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $ _3536.45_ to:

_Ronald Alan House_
_Leigh Henderson House_
_3501 25th Ave N. #268_
_Texas City, Tx 77590_

Signed this ___ day of _____, _____.

DENIED WITHOUT PREJUDICE

_cert. of service_
_missing._

_____
United States Bankruptcy Judge

NOV 0 2 2009

# CERTIFICATE  OF  NOTICE

```
District/off: 0541-4          User: mrod              Page 1 of 1             Date Rcvd: Nov 02, 2009
Case: 05-32866                Form ID: pdf002         Total Noticed: 5


The following entities were noticed by first class mail on Nov 04, 2009.
db/jdb        +Ronald Alan House,   Leigh Ann Henderson House,   3501 25th Avenue N #268,
               Texas City, TX 77590-4415
intp          +Daniel E. O'Connell,   Office US Chapter 13 Trustee,   1200 Hwy 146 S Ste 100,
               La Porte, TX 77571-6121
cr             Galveston County,   Attn:  John P. Dillman,   Post Office Box 3064,   Houston, TX  77253-3064
cr             Texas City ISD,   c/o John P. Dillman,   PO BOX 3064,   Houston, TX  77253-3064
cr            +Wells Fargo Bank, N.A.,   c/o Barrett Burke Wilson Castle Daffin,
               1900 St. James Place, Suite 500,   Houston, TX 77056-4125

The following entities were noticed by electronic transmission.
NONE.                                                                               TOTAL: 0


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Daniel E O'Connell
                                                                            TOTALS: 1, * 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2009**                    **Signature:** _____